Department of the Treasury
Internal Revenue Service
P.O. Box 17167
Stop 4041
Fort Lauderdale, Florida 33318



DEFENDANT'S EXHIBIT A

Date: MAY 03 2006

Estate of Victor Posner, Deceased
Brenda Nestor, Personal Representative
1250 East Hallandale Beach Boulevard, Suite 300
Hallandale, Florida 33009-4644

Form Number:
706
Taxpayer Identification Number:
████████ V
For Estate Tax – Date of Death:
February 11, 2002
Person to Contact:
Susan S. Wells
Contact Telephone Number:
(954) 423-7510
Employee Identification Number:
65-04445
Refer Reply to:
4041:kh

**CERTIFIED MAIL**

Last Day to File a Petition With
the United States Tax Court:

AUG 01 2006

## NOTICE OF DEFICIENCY

In accordance with the provisions of existing internal revenue laws, notice is hereby given that the determination of estate tax liability of the above estate discloses a deficiency of $121,636,311.00, plus interest to be computed at the legal rate on the amount due. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows the reasons for the deficiency

If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below or you can get information from the court's internet site at www.ustaxcourt.gov.

United States Tax Court, 400 Second Street, N.W., Washington, D.C. 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for **each** tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount is dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site, which is also indicated above.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within

Letter 902 (DO) (Rev. 5-2004)
Catalog Number 61976H

the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS will not change the allowable period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the first page of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency,"* for Taxpayer Advocate telephone numbers and addresses.

    Thank you for your cooperation.

                              Sincerely,

                              Mark W. Everson
                              Commissioner
                              By

                              *Carolyn D. Heath (kh)*

                              Carolyn D. Heath
                              Acting Technical Services Territory Manager
                              South Atlantic Area

Enclosures:
Waiver
Explanation of Items
Notice 1214

**Letter 902(DO) (Rev. 5-2004)**
Catalog Number 61976H

**Department of the Treasury**
Internal Revenue Service
P.O. Box 17167
Stop 4041
Fort Lauderdale, Florida 33318

DEFENDANT'S EXHIBIT B

Date: MAY 0 3 2006

Victor Posner, Donor, Deceased
Estate of Victor Posner, Deceased
Brenda Nestor, Personal Representative
1250 East Hallandale Beach Boulevard, Suite 300
Hallandale, Florida 33009-4644

Form Number:
709
Taxpayer Identification Number:
■■■■ – Date of Death:

Person to Contact:
Susan S. Wells
Contact Telephone Number:
(954) 423-7510
Employee Identification Number:
65-04445
Refer Reply to:
4041:kh
Last Day to File a Petition With
the United States Tax Court:

AUG 0 1 2006

**CERTIFIED MAIL**

### NOTICE OF DEFICIENCY

In accordance with the provisions of existing internal revenue laws, notice is hereby given that the determination of your gift tax liability for the calendar periods ended December 31, 1963, 1964, 1969, 1970, 1971, 1972, 1973, 1974, 1975, 1979, 1980, 1981, 1982, 1992, 1993, 1994, 1995, 2000 and 2001 discloses a deficiency in the amounts of $462.00, $478.00, $274.00, $1,084.00, $1,016.00, $1,223.00, $2,230.00, $2,342.00, $8,554.00, $74,656.00, $207,016.00, $254,127.00, $80,008.00, $1,096.00, $915.00, $1,057.00, $1,447.00, $45,794.00 and $5,759,514.00, respectively, plus additions to the tax and interest to be computed at the legal rate on the amount due. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statements show the reasons for the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below or you can get information from the court's internet site at www.ustaxcourt.gov.

United States Tax Court, 400 Second Street, N.W., Washington, D.C. 20217

Letter 902 (DO) (Rev. 5-2004)
Catalog Number 61976H

2

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for **each** tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount is dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you.

If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site, which is also indicated above.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your
case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS will not change the allowable period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the first page of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency,"* for Taxpayer Advocate telephone numbers and addresses.

**Letter 902(DO) (Rev. 5-2004)**
Catalog Number 61976H

3

Thank you for your cooperation.

Sincerely,

Mark W. Everson
Commissioner
By

*Carolyn D. Heath (kh)*

Carolyn D. Heath
Acting Technical Services Territory Manager
South Atlantic Area

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Letter 902(DO) (Rev. 5-2004)
Catalog Number 61976H