# In the United States Court of Federal Claims

No. 06-292 T

(Filed August 4, 2006)

* * * * * * * * * * * * * * * * * * * * * *

BRENDA NESTOR, as Personal Representative of the ESTATE OF VICTOR POSNER, deceased,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 16, 2006, defendant filed a Motion to Stay Proceedings in the subject matter. Plaintiff filed a response to defendant's motion to stay on June 28, 2006. For the reasons stated below, defendant's motion is granted.

On May 2, 2006, plaintiff filed an amended complaint in this court seeking recovery of estate tax and interest thereon. On May 3, 2006, the Internal Revenue Service (IRS) issued plaintiff a Notice of Deficiency on the subject matter. Def.'s Mot., Ex. A, B. On June 16, 2006, defendant filed its motion to stay requesting the court to stay the subject matter, pursuant to § 7422(e) of the Internal Revenue Code , through September 30, 2006. Section 7422(e), in pertinent part, states:

> If the Secretary prior to the hearing of a suit brought by a taxpayer in . . . the United States Claims Court for the recovery of any income tax, estate tax, gift tax, . . . (or any penalty relating to such taxes) mails to the taxpayer a notice that a deficiency has been determined in respect of

> the tax which is the subject matter of taxpayer's suit, the proceedings in taxpayer's suit shall be *stayed* during the period of time in which the taxpayer may file a petition with the Tax Court for a redetermination of the asserted deficiency, and for 60 days thereafter. If the taxpayer files a petition with the Tax Court, the . . . United States Claims Court . . . shall lose jurisdiction of taxpayer's suit to whatever extent jurisdiction is acquired by the Tax Court of the subject matter of taxpayer's suit for refund. . . .

26 U.S.C. § 7422(e)(2000) (emphasis added).

Plaintiff's response, filed June 28, 2006, lodged no objection to and concurred with the government's request that the case before this court be stayed until September 30, 2006. Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion to Stay filed June 12, 2006, is **GRANTED** and the subject matter shall be **STAYED** pending further order of the court; and

(2) The parties are directed to **FILE** a **Joint Status Report**, on or before **October 13, 2006**, informing the court of how the case pending before this court should proceed.

s/Lynn J. Bush
LYNN J. BUSH
Judge