IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-292 T

(Judge Lynn J. Bush)

BRENDA NESTOR, as Personal Representative of the
ESTATE OF VICTOR POSNER, deceased,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of August 4, 2006, the parties state the following:

In this action, the Estate of Victor Posner ("Estate") seeks a refund or credit of estate tax of approximately $9.4 million, plus interest. On August 4, 2006, proceedings in the instant action were stayed pursuant to I.R.C. § 7422(e) pending further order by the Court. Pursuant to I.R.C. § 7422(e) this Court "shall lose jurisdiction of taxpayer's suit to whatever extent jurisdiction is acquired by the Tax Court of the subject matter of taxpayer's suit for refund."

On July 31, 2006, the Estate filed petitions [Docket Nos. 14774-06 and 14775-06] in the United States Tax Court. The petitions filed by the Estate in the Tax Court seek a redetermination of the gift tax and estate tax set forth in the Statutory Notices of Deficiency issued to the Estate by the Internal Revenue Service on May 3, 2006. In addition, the Estate

seeks to have the Tax Court determine that it overpaid its federal estate tax and therefore is entitled to a refund or credit of the alleged overpayment.

Because the Estate has filed a petition in the Tax Court alleging that it is entitled to a refund of federal estate tax, the United States intends to file a motion to dismiss the instant action without prejudice based upon lack of jurisdiction over the subject matter pursuant to RCFC 12(b)(1). The Estate expressly reserves any and all arguments it may have with respect to any such motion to dismiss filed by the United States, including any jurisdictional arguments under I.R.C. § 7422(e).

Counsel for the parties have conferred with respect to future proceedings in this action and the parties agree that additional efforts should be made to determine if this matter can be resolved without Court intervention. Therefore, counsel for the parties propose that they be allowed 30 days within which to meet and confer with respect to further proceedings in this matter. If the parties are unable to resolve this matter within the time requested, then the parties propose that any dispositive motion be filed on or before November 17, 2006. The parties further propose that any response to any such dispositive motion be filed in accordance with RCFC 7.2

Respectfully submitted,

October 13, 2006
Date

s/Natalie Hoyer Keller

NATALIE HOYER KELLER
KIRKLAND & ELLIS LLP
200 East Randolph Drive, N.W.
Chicago, Illinois 60601
(312) 861-2229 (312) 861-2200 (facsimile)

Attorney for Plaintiff

October 13, 2006
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

October 13, 2006
Date

s/Mary M. Abate
Of Counsel

Attorneys for Defendant