# In the United States Court of Federal Claims

No. 06-292 T

(Filed October 19, 2006)

* * * * * * * * * * * * * * * * * * * * *

BRENDA NESTOR, as Personal Representative of the ESTATE OF VICTOR POSNER, deceased,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

October 13, 2006, the parties, pursuant to the court's order of August 4, 2006, filed a Joint Status Report. The court's August 4, 2006 order stayed the subject matter, pursuant to § 7422(e) of the Internal Revenue Code, through September 30, 2006. The parties report that they have conferred with respect to future proceedings and have agreed that additional efforts should be made to determine if this matter can be resolved without the court's intervention. The parties request that they be allowed thirty-days within which to meet and confer with respect to further proceedings. Additionally, if unable to resolve this matter, they propose that any dispositive motions be filed, on or before November 17, 2006, in accordance with RCFC 7.2.

Accordingly, it is hereby **ORDERED** that:

(1) The subject matter shall remain **STAYED** pending further settlement negotiations between the parties;

(2) On **November 17, 2006**, absent information from the parties that settlement has been reached, the stay shall be **LIFTED**; and

(3) Absent settlement, the government shall file its **dispositive motion**, on or before **November 17, 2006**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge