IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-292 T

(Judge Lynn J. Bush)

BRENDA NESTOR, as Personal Representative of the
ESTATE OF VICTOR POSNER, deceased,

Plaintiffs

v.

THE UNITED STATES,

Defendant

STIPULATION FOR DISMISSAL

In this action, the Estate of Victor Posner ("Estate") relying upon I.R.C. § 7422(j) seeks a refund or credit of alleged overpaid installments of estate tax due under I.R.C. § 6166 of approximately $9.4 million, plus interest. On August 4, 2006, proceedings in the instant action were stayed pursuant to I.R.C. § 7422(e) pending further order by the Court. Pursuant to I.R.C. § 7422(e) this Court "shall lose jurisdiction of taxpayer's suit to whatever extent jurisdiction is acquired by the Tax Court of the subject matter of taxpayer's suit for refund."

On July 31, 2006, the Estate filed petitions [Docket Nos. 14774-06 and 14775-06] in the United States Tax Court. The petitions filed by the Estate in the Tax Court seek a redetermination of the gift tax and estate tax set forth in the Statutory Notices of Deficiency issued to the Estate by the Internal Revenue Service on May 3, 2006. In addition, the Estate

seeks to have the Tax Court determine that it overpaid the installments of estate tax due under I.R.C. § 6166 and therefore is entitled to a refund or credit of the alleged overpayment relying upon I.R.C. § 7422(j).

The Estate has filed a petition in the Tax Court seeking a refund of the overpaid installments of estate tax due under I.R.C. § 6166, which is the subject matter of this refund suit. The parties believe that this Court lacks jurisdiction over the subject matter of this action.

Therefore, it is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed without prejudice pursuant to RCFC 41(a)(1)(ii), the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

November 17, 2006
Date

s/Natalie Hoyer Keller
NATALIE HOYER KELLER
KIRKLAND & ELLIS LLP
200 East Randolph Drive, N.W.
Chicago, Illinois 60601
(312) 861-2229 (312) 861-2200 (facsimile)

Attorney for Plaintiff

November 17, 2006
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840, (202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

November 17, 2006
Date

s/Mary M. Abate
Of Counsel

Attorneys for Defendant